# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Cr. A. No. 05-30023-02 |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHARLES SCOTT THORNTON** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court is a Motion to Appoint New Counsel [Doc. No. 34] filed by Defendant Charles Scott Thornton on November 8, 2005. A hearing was held on Defendant's motion on November 28, 2005. For the following reasons, Defendant's motion is DENIED.

The decision to appoint a new attorney is within the Court's discretion. *See generally United States v. Wild*, 92 F.3d 304 (5th Cir. 1996). At the hearing, Defendant presented his concerns to the Court. He admits that he has met with his attorney, Mike Courteau, on several occasions and that he has been provided with some discovery, including video and audio tapes.

Defendant expresses concern, however, that he had only one day to view and listen to the tapes even though the tapes total approximately 30 hours. Defendant believes that Mr. Courteau has not met with him enough for Defendant to make an informed decision as to whether he should plead guilty or proceed to trial. For this reason, Defendant declined to go forward with the guilty plea hearing previously set for November 7, 2005, and asked at the hearing that he be appointed new counsel.

1

Even so, Defendant has indicated that he believes his problems with Mr. Courteau can be resolved. The Court agrees. While Defendant may need additional consultation with his counsel, there is no indication that the two have irreconcilable differences or that Mr. Courteau has failed to provide adequate legal representation. In light of Defendant's concerns, the Court upset the January 17, 2006 trial date and re-set the trial to March 13, 2006, to ensure that Defendant and his counsel have adequate time to confer and prepare his case.

Accordingly, Defendant's Motion to Appoint New Counsel [Doc. No. 34] is DENIED.

MONROE, LOUISIANA, this 29th day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE