UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Cr. A. No. 05-30023-02** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHARLES SCOTT THORNTON** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

Having considered the Report and Recommendation of the Magistrate Judge, rendered in open court after a hearing held on January 4, 2006, a transcript of which has been filed herein, finding that the Magistrate Judge's findings are supported by the law and record in this matter, and noting the absence of objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of defendant Charles Scott Thornton and adjudges him guilty of the offenses charged in Counts One, Two, Three, and Four of the indictment against him.

MONROE, LOUISIANA, this 25TH day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE