PROB 12B
10/05

RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/6/09
BY ___

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA
Monroe Division

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | Charles Scott Thornton |
| **Case Number:** | 3:05-CR-30023-002 |
| **Name of Sentencing Judicial Officer:** | Honorable Robert G. James |
| **Date of Original Sentence:** | May 1, 2006 |
| **Original Offense:** | 18 U.S.C. §371 & 2113(a) & (d) - Conspiracy to Commit Armed Bank Robbery; 18 U.S.C. §924(o) - Conspiracy to Possess a Firearm to Commit a Crime; 18 U.S.C. §922(g)(1) - Possession of a Firearm by Convicted Felon and 18 U.S.C. §924(d)(1) - Forfeiture |
| **Original Sentence:** | Custody of the Bureau of Prisons for 60 months with 3 years Supervised Release, Special Assessment, and Special Conditions |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | October 30, 2009 |

**Petitioning the Court**

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:

**Special Conditions:**

> The defendant shall participate in the Drug and Alcohol Intensive Counseling and Aftercare Service Program (DAICASP) (or comparable program in another district). This program includes (a) testing by the probation officer or an approved vendor to detect drug or alcohol abuse; (b) a drug treatment program which includes education, individual or group counseling, or residential treatment, provided by the probation office or an approved vendor; (c) placement in a community corrections center (halfway house) for up to 270 days; and/or (d) home confinement subject to electronic monitoring for up to 180 days. Participation in the program shall be under the administrative supervision of the probation officer, and the defendant shall contribute to the costs of participation unless the probation officer determines that the defendant does not have the ability to do so.

> The defendant shall serve up to 180 days community confinement in the Community Corrections Center, or such other designated facility, under the administrative supervision of the probation officer. The defendant shall pay the cost of subsistence unless the probation

| PROB 12B | | Request for Modifying the |
|---|---|---|
| | 2 | Conditions or Terms of Supervision |
| | | with consent of the Offender |

| Name of Offender: Charles Scott Thornton | Case Number: 3:05-CR-30023-002 |
|---|---|

officer determines that defendant does not have the ability to do so.

## CAUSE

Due to Mr. Thornton's current lack of approved stable residence and his need for mental health treatment, we respectfully request the above conditions.

This will allow us to safely and adequately meet his treatment and housing needs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: November 3, 2009

/s
Douglas Blair Gregory
Senior U.S. Probation Officer
(205) 716-2931

Approved By: /s
Lydia D. Carpenter
Supervising U.S. Probation Officer

## THE COURT ORDERS

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

/s/
Chief United States District Judge

November 5, 2009
Date